[No. 47718-8-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK CHISOM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04036-5, Carol A. Schapira, J., entered December 5, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Appelwick and Schindler, JJ.

[No. 47884-2-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM F. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08744-3, Philip G. Hubbard, Jr., J., entered December 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47959-8-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT POLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05724-1, Philip G. Hubbard, Jr., J., entered January 12, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48003-1-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER CHIPPS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-00678-4, Steven J. Mura, J., entered January 25, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, C.J., concurred in by Agid and Ellington, JJ.